■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO HEUREAUX, Appellant. [822 NYS2d 720]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Honorof, J.), rendered July 24, 2003, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not raised any nonfrivolous issues in his supplemental pro se brief. Adams, J.P., Krausman, Rivera and Lifson, JJ., concur.